• UNITED STATES DISTRICT COURt
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 2 2009

Clerk, U.S. District and
Bankruptcy Courts

Richard Allen Hohensee, )
)
Plaintiff, )
)
v. ) Civil Action No. 09 0057
)
Mark Sullivan, Director U.S. Secret Service, et al., )
)
Defendants. )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted, but the complaint will be dismissed for lack of jurisdiction.

The complaint seeks to compel the United States, through the Director of the Secret Service and the U.S. Attorney General, to arrest and prosecute the sitting U.S. President, George Walker Bush, and Vice-President, Richard Bruce Cheney, for war crimes and other criminal violations. This court has limited jurisdiction. While it is empowered to hear civil actions arising under the Constitution, laws, or treaties of the United States, 28 U.S.C. § 1331, plaintiff has not identified any provision of the Constitution, laws, or treaties of the United States that provides him a private right of action to bring suit against the United States for the relief he seeks. This court may entertain a suit against the United States only where the United States has expressly waived its sovereign immunity from suit. Accordingly, this court has no subject matter jurisdiction over this case and the complaint will be dismissed for lack of subject matter jurisdiction.

A final order accompanies this memorandum opinion.

Date: 12/15/08

United States District Judge